| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Law Offices of Raymond H. Aver, A Professional Corporation<br>Raymond H. Aver - SBN 109577<br>12424 Wilshire Boulevard, Suite 720<br>Los Angeles, California 90025<br>Telephone: (310) 571-3511<br>Facsimile: (310) 571-3512<br><br>*Attorney for* Timothy E. Flannery | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Timothy E. Flannery<br><br>Flannery v. Plaza Home Mortgage, Inc., et al.<br><br>Debtor(s). | CHAPTER: 13<br>CASE NO.: LA 09-23343 EC<br><br>(No Hearing Required) |
|---|---|

## DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING
## PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)

1. I am the   ☐ Movant   ☒ Movant's Attorney   in this matter and hereby declare as follows:

2. On *(specify date)*: 3/1/10 , Movant filed a motion entitled *(specify)*:
   Motion For Default Judgment Pursuant To Local Bankruptcy Rule 7055-1

3. A copy of the motion and notice of motion is attached hereto.

4. Pursuant to Local Bankruptcy Rule 9013-1(o), the motion was served by mail on *(specify date)*: 3/1/10 , together with a notice stating that any party objecting to the motion has 14 days within which to file and serve any written objection and request a hearing on the above motion.

5. More than 14 days have passed since the service of the notice of motion.

6. No objection has been timely served on Movant at the address specified in the notice. Therefore, no hearing is required.

7. The proposed Order is submitted herewith. *(Submit original and appropriate copies of Order with envelopes and Notice of Entry)*

WHEREFORE, Movant requests that the Order granting the relief requested in the motion be signed and entered forthwith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at Los Angeles , California.

Dated: 3/17/10

Raymond H. Aver
*Typed Name of Declarant*

*Signature of Declarant*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                 F 9013-1.9

Declaration Re: Entry of Order without Hearing Pursuant to
Local Bankruptcy Rule 9013-1(o) - *Page 2*

**F 9013-1.9**

| In re<br>Timothy E. Flannery | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: LA 09-23343 EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
12424 Wilshire Boulevard, Suite 720, Los Angeles, California 90025

A true and correct copy of the foregoing document described as __Declaration Re: Entry Of Order Without Hearing Pursuant To Local Bankruptcy Rule 9013-1(o)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __3/17/10__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Matthew E Podmenik    lrodriguez@mccarthyholthus.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On __3/17/10__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __3/17/10__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ellen Carroll
Bin Outside Courtroom 1639

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/17/10 | Trevor Hunter | *(signature)* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 9013-1.9**

ADDITIONAL SERVICE INFORMATION:

By U.S. Mail

Wells Fargo Bank, N.A.
PO Box 14469 MAC X2303-01A
Des Moines, IA 50306-9655
Attn: Christine Fowler

Terry Loftus, Esquire
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101