```
RAYMOND H. AVER - State Bar No. 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
12424 Wilshire Boulevard, Suite 720
Los Angeles, California  90025
Telephone: (310) 571-3511
Facsimile: (310) 571-3512

Attorneys for Debtor/Plaintiff
TIMOTHY E. FLANNERY
```

[LODGED MAR 18 2010]

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA [LOS ANGELES DIVISION]

| | |
|---|---|
| In re:<br><br>TIMOTHY EUGENE FLANNERY,<br><br>            Debtor.<br><br>_____<br><br>TIMOTHY E. FLANNERY,<br><br>            Plaintiff,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC.,<br>a California corporation; and<br>WELLS FARGO BANK, N.A., a<br>national bank,<br><br>            Defendants.<br>_____ | Case No. LA 09-23343 EC<br><br>In Proceedings Under<br>Chapter 13<br><br>Adv. No. AD 09-01691 EC<br><br>[PROPOSED] STIPULATED JUDGMENT ON "FIRST AMENDED COMPLAINT TO: (1) DETERMINE VALUE OF NON-OWNER OCCUPIED RESIDENTIAL REAL PROPERTY; (2) DETERMINE EXTENT OF SECURED CLAIMS; (3) BIFURCATE CLAIM OF PLAZA HOME MORTGAGE, INC.; AND (4) EXTINGUISH DEED OF TRUST OF WELLS FARGO BANK, N.A." BETWEEN DEFENDANT PLAZA HOME MORTGAGE, INC. THROUGH ITS ASSIGNEE, AURORA LOAN SERVICES, LLC, AND PLAINTIFF TIMOTHY E. FLANNERY<br><br>P/T 3/31/10 |

Plaintiff Timothy E. Flannery ("Plaintiff") filed the "First Amended Complaint To: (1) Determine Value Of Non-Owner Occupied Residential Real Property; (2) Determine Extent Of Secured Claims; (3) Bifurcate Claim Of Plaza Home Mortgage, Inc.; And (4) Extinguish Deed of Trust of Wells Fargo Bank, N.A." ("First Amended Complaint")

against defendants Plaza Home Mortgage, Inc. and Wells Fargo Bank, N.A. (jointly, "Defendants") initiating the above-referenced adversary proceeding on June 26, 2009.

Plaintiff and Defendant Plaza Home Mortgage, Inc., through its unrecorded assignee Aurora Loan Services, LLC ("Aurora Loan Services"), having stipulated to the entry of judgment with respect to the claim of the Aurora Loan Services secured by the first deed of trust on the non-residential real property commonly known as 7743 Milwood Avenue, Canoga Park, California 91304 ("Property") pursuant to the "Stipulated Judgment on 'First Amended Complaint To: (1) Determine Value Of Non-Owner Occupied Residential Real Property; (2) Determine Extent Of Secured Claims; (3) Bifurcate Claim Of Plaza Home Mortgage, Inc.; And (4) Extinguish Deed Of Trust Of Wells Fargo Bank, N.A.' Between Defendant Plaza Home Mortgage, Inc. Through Its Assignee, Aurora Loan Services, LLC, and Plaintiff Timothy E. Flannery" ("Stipulation") and the Court having reviewed the Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The claim of the Aurora Loan Services secured by the first deed of trust against the Property shall be bifurcated into two parts, with a secured claim in the amount of $449,000 ("Aurora Secured Claim") and an unsecured claim in the amount of $87,268.62 ("Aurora Unsecured Claim").

2. Aurora's Unsecured Claim shall be paid through the Plaintiff's chapter 13 plan as a general unsecured claim;

3. Should Plaintiff's chapter 13 case be dismissed or converted to another chapter under Title 11, or should Plaintiff fail to receive a discharge through his chapter 13 case, Aurora

Loan Services' first deed of trust against the Property shall be unaffected by this bankruptcy case and shall remain a wholly secured lien against the Property; and

5. The parties shall bear their own costs.

_____
HONORABLE ELLEN CARROLL
United States Bankruptcy Court Judge

Respectfully submitted by:

Dated: March 3, 2010    LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation

By: _____
RAYMOND H. AVER
Attorneys for Debtor/Plaintiff
TIMOTHY E. FLANNERY

Dated: March 17, 2010    By: _____
TIMOTHY E. FLANNERY

Dated: March __, 2010    MCCARTHY & HOLTHUS, LLP

By: _____
ANDREW C. HALL
Attorneys for Defendant
AURORA LOAN SERVICES, LLC

1  Loan Services' first deed of trust against the Property
2  shall be unaffected by this bankruptcy case and shall remain
3  a wholly secured lien against the Property; and
4  5. The parties shall bear their own costs.

---

HONORABLE ELLEN CARROLL
United States Bankruptcy Court Judge

Respectfully submitted by:

Dated: March 3, 2010    LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation

By: /s/ Raymond H. Aver
RAYMOND H. AVER
Attorneys for Debtor/Plaintiff
TIMOTHY E. FLANNERY

Dated: March __, 2010    By: _____
TIMOTHY E. FLANNERY

Dated: March 11, 2010    MCCARTHY & HOLTHUS, LLP

By: /s/ Terry Loftus
ANDREW V. HALL, TERRY LOFTUS
Attorneys for Defendant
AURORA LOAN SERVICES, LLC

1 | Dated: March 10, 2010        AURORA LOAN SERVICES, LLC

By: _____
    [Name/title]

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 12424 Wilshire Boulevard, Suite 720, Los Angeles, California 90025

The foregoing document described **[PROPOSED] STIPULATED JUDGMENT ON "FIRST AMENDED COMPLAINT TO: (1) DETERMINE VALUE OF NON-OWNER OCCUPIED RESIDENTIAL REAL PROPERTY; (2) DETERMINE EXTENT OF SECURED CLAIMS; (3) BIFURCATE CLAIM OF PLAZA HOME MORTGAGE, INC.; AND (4) EXTINGUISH DEED OF TRUST OF WELLS FARGO BANK, N.A." BETWEEN DEFENDANT PLAZA HOME MORTGAGE, INC. THROUGH ITS ASSIGNEE, AURORA LOAN SERVICES, LLC, AND PLAINTIFF TIMOTHY E. FLANNERY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 17, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Raymond H Aver — ray@averlaw.com
Matthew E Podmenik — lrodriguez@mccarthyholthus.com
United States Trustee (LA) — ustpregion16.la.ecf@usdoj.gov

___ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **March 17, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

__X__ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 17, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ellen Carroll
Bin Outside Courtroom 1639

___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 17, 2010 | Trevor Hunter | /s/ |
|---|---|---|
| Date | Type Name | Signature |

## ATTACHED SERVICE LIST

**By U.S. Mail**

Wells Fargo Bank, N.A.
P.O. Box 14469 MAC X2303-01A
Des Moines, IA 50306-9655
Attn: Christine Fowler

<u>Attorneys for Plaza Home Mortgage, Inc.</u>
Terry Loftus, Esq.
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 912101

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **STIPULATED JUDGMENT ON "FIRST AMENDED COMPLAINT TO: (1) DETERMINE VALUE OF NON-OWNER OCCUPIED RESIDENTIAL REAL PROPERTY; (2) DETERMINE EXTENT OF SECURED CLAIMS; (3) BIFURCATE CLAIM OF PLAZA HOME MORTGAGE, INC.; AND (4) EXTINGUISH DEED OF TRUST OF WELLS FARGO BANK, N.A." BETWEEN DEFENDANT PLAZA HOME MORTGAGE, INC. THROUGH ITS ASSIGNEE, AURORA LOAN SERVICES, LLC, AND PLAINTIFF TIMOTHY E. FLANNERY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 17, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Raymond H Aver            ray@averlaw.com

Matthew E Podmenik        lrodriguez@mccarthyholthus.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Wells Fargo Bank, N.A.
PO Box 14469 MAC X2303-01A
Des Moines, IA 50306-9655
Attn: Christine Fowler

Terry Loftus, Esq.
McCarthy & Hollthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

☐ Service information continued

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued